USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Elijah Myers ,<br>Defendant. | **ORDER ACCEPTING**<br>**PLEA ALLOCUTION**<br><br>24 CR 647-3 (VB) |

The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated September 8, 2025, is approved and accepted, and the defendant is adjudged guilty of Counts One and Four of the indictment.

The Clerk is directed to enter the guilty plea.

Dated: September 24, 2025
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge